IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RANDY DEAN MANNS,

      Plaintiff,

v.

LINCOLN COUNTY and
JANE and JOHN DOES 1-20,

      Defendants.

Case No. 6:17-cv-01120-MK

**OPINION AND ORDER**

**MCSHANE, Judge**:

Magistrate Judge Mustafa T. Kasubhai filed a Findings and Recommendation ("F&R"), ECF No. 48, and the matter is now before this Court. *See* 28 U.S.C. § 636(b)(1)(B); Fed. R. Civ. P. 72(b). Plaintiff timely filed objections to the F&R. ECF No. 50. Accordingly, I have reviewed the file of this case *de novo*. *See* 28 U.S.C. § 636(b)(1)(c); *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). I find no error and conclude that the F&R is correct. Judge Kasubhai's F&R is adopted in full. Consistent with Judge Kasubhai's F&R, Plaintiff's Motion for Leave to Amend, ECF No. 15, is DENIED. Plaintiff's initial Complaint, ECF No. 1, remains the operative pleading in this case.

IT IS SO ORDERED.

DATED this 17th day of January, 2019.

                        /s/ Michael McShane_____
                        Michael J. McShane
                        United States District Judge